IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | No. 4:01CR00212 SWW |
| | * | |
| FONTAINE DEMMOND SHERMAN | * | |

**Order**

Before the Court is defendant's submission filed on July 18, 2008, which the Court interprets as a *pro se* motion to reduce sentence.[1] Defendant mentions "the new crack law" and states he was sentenced on a crack offense, that the jury did not find an amount, and that his situation is extraordinary.

Amendment 706 to the United States Sentencing Guidelines ("Guidelines") lowered the base offense levels for crack cocaine offenses, and Amendment 711 identified Amendment 706 as an amendment that may be applied retroactively, effective March 3, 2008.[2] The Court has reviewed defendant's case to determine whether he is eligible for a sentence reduction. Based upon such review, the Court concludes that defendant is not entitled to a reduction of his sentence.

---

[1] Defendant filed a motion for relief pursuant to 28 U.S.C. § 2255 in February 2007, which was denied in May 2007. The Eighth Circuit denied defendant a certificate of appealability and dismissed his appeal in October 2007. The Eighth Circuit recently denied defendant's petition for authorization to file a successive petition. *See* docket entry 934 (filed July 23, 2008).

[2] *See* U.S.S.G. App. C, Amend. 706, incorporated in U.S.S.G. s 2D1.1 (Supp. May 1, 2008) and App. C, Amend. 711, incorporated in U.S.S.G. § 1B1.10 (Supp. May 1, 2008).

Defendant was charged and found guilty of conspiracy to distribute 5 kilograms of cocaine and 50 grams of cocaine base.[3] Pursuant to 21 U.S.C. § 851(a)(1), the government notified defendant that upon his conviction, his sentence would be enhanced as a result of a prior felony drug conviction.[4] Pursuant to 21 U.S.C. § 841(b), the Court sentenced defendant to the statutory minimum sentence of 20 years.[5]

Because defendant is serving the mandatory minimum sentence under the statute, the Court denies his motion to modify his sentence [docket entry 933].

SO ORDERED this 28th day of July 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[3] *See* docket entries 678 and 697.

[4] *See* docket entry 690.

[5] The statutory term of imprisonment is not less than 20 years and not more than life. *See* 21 U.S.C. § 841(b).