IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| FONTAINE SHERMAN | * | |
| | * | |
| vs. | * | No. 4:01CR00212 SWW |
| | * | |
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |

**Order**

Before the Court is a letter addressed to the Court which the Court directed be filed as a motion to correct sentence under 28 U.S.C. § 2255. Because defendant previously filed a petition under § 2255, he must obtain permission from the Court of Appeals before he may file a second or successive petition. *See* 28 U.S.C. § 2255(h).

IT IS THEREFORE ORDERED that the motion to correct sentence [docket entry 1163] is denied.

DATED this 17th day of December, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE